**PROCEEDING MEMO**

**Date: 05/21/2024 02:30 pm**

**In re:**   Lisa Marie Novosat

**Bankruptcy No. 22-22250-CMB**
**Chapter: 13**
**Doc. # 54**

**Appearances:**  Ronda Winnecour
Dan Foster

**Nature of Proceeding:  # 54 Motion for Relief from Stay**
**RE: 48 Marion Drive, Zelienople, PA.**

**Outcome: Hearing held. Parties entered into a stipulation to allow the Debtor to continue making payments. Stipulation to be filed by May 28, 2024.**

FILED
5/22/24 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**