UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

LISA MARIE NOVOSAT

    Debtor.

: CHAPTER 13
: CASE NO. 22-22250-CMB
: Document Number: 55
: Hearing Date: May 21, 2024 @ 2:30 p.m.

Truman 2021 SC9 Title Trust, Movant/Secured Creditor:

v.

LISA MARIE NOVOSAT and
Ronda J. Winnecour

    Respondents.

## SETTLEMENT AND CERTIFICATION OF COUNSEL
## REGARDING STIPULATION RESOLVING RELIEF MOTION

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the [Application/Motion] filed on ____4/8/2024____. (State "None" if no prior Motion or Application.)

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐    An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

xx    No other order has been filed pertaining to the subject matter of this agreement.

☐    The attached document does not require a proposed order.

Dated: __5/28/2024__    By: /s/Emmanuel J. Argentieri
    Signature
    Emmanuel J. Argentieri
    Typed Name

    52 Newton Ave, PO Box 456
    Address

    856-384-1515 x112
    Phone No.

    59264/PA
    List Bar I.D. and State of Admission

PAWB Local Form 26 (06/17)