UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>LISA MARIE NOVOSAT<br><br>          Debtor. | :<br>:CHAPTER 13<br>:CASE NO. 22-22250-CMB<br>:Document Number: 55<br>:Hearing Date: May 21, 2024 @ 2:30 p.m. |
| Truman 2021 SC9 Title Trust, Movant/Secured Creditor:<br>v.<br>LISA MARIE NOVOSAT and<br>Ronda J. Winnecour<br>          Respondents. | : |

## STIPULATION RESOLVING RELIEF MOTION

THIS matter being opened to the Court by secured creditor, Truman 2021 SC9 Title Trust, (hereinafter "Truman"), upon the filing of a motion for relief from stay with regard to real property commonly known as 48 Marion Drive, Zelienople, Pennsylvania 16063; and thereafter the Chapter 13 Trustee having filed a reply to Truman's motion; and it appearing that the parties have amicably resolved their differences which was reflected on the record at the May 21st hearing, and for good cause shown;

1. Debtor shall file an amended chapter 13 plan bringing her plan payments current within two weeks from the entry of this Order.

2. An attorney fee reimbursement of $500.00 to Truman shall be included in the amended plan.

3. Truman's full pre-petition claim as filed in Proof of Claim Number 4 shall be honored and paid by the Trustee.

4. The Trustee shall continue to pay post-petition mortgage payments to Truman and the past due post-petition mortgage arrearages due to it stated in the motion shall be cured in normal course through Debtor's amended plan.

5. Truman may file a certification of default with this Court if Debtor defaults on future Chapter 13 Trustee payments under the amended plan.

*The undersigned hereby consent to the form and entry of the within order.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire
Attorney for Secured Creditor, Truman              Date: 5/24/2024

/S/DANIEL P. FOSTER
Daniel P. Foster, Esquire
Attorney for Debtor, Lisa Maria Novosat            Date: 5/28/2024

(Page 2 of 2)

**Honorable Carlota M. Bohm
U.S. Bankruptcy Court
Western District of
Pennsylvania**