UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| LISA MARIE NOVOSAT | :CHAPTER 13 |
| | :CASE NO. 22-22250-CMB |
| Debtor. | :Document Number: 55 |
| | :Hearing Date: May 21, 2024 @ 2:30 p.m. |
| | : |
| Truman 2021 SC9 Title Trust, Movant/Secured Creditor: | Related to Doc. Nos. 54, 64 |
| v. | : |
| LISA MARIE NOVOSAT and | : |
| Ronda J. Winnecour | : |
| Respondents. | : |

## STIPULATION RESOLVING RELIEF MOTION

THIS matter being opened to the Court by secured creditor, Truman 2021 SC9 Title Trust, (hereinafter "Truman"), upon the filing of a motion for relief from stay with regard to real property commonly known as 48 Marion Drive, Zelienople, Pennsylvania 16063; and thereafter the Chapter 13 Trustee having filed a reply to Truman's motion; and it appearing that the parties have amicably resolved their differences which was reflected on the record at the May 21st hearing, and for good cause shown;

1. Debtor shall file an amended chapter 13 plan bringing her plan payments current within two weeks from the entry of this Order.

2. An attorney fee reimbursement of $500.00 to Truman shall be included in the amended plan.

3. Truman's full pre-petition claim as filed in Proof of Claim Number 4 shall be honored and paid by the Trustee.

4. The Trustee shall continue to pay post-petition mortgage payments to Truman and the past due post-petition mortgage arrearages due to it stated in the motion shall be cured in normal course through Debtor's amended plan.

5. Truman may file a certification of default with this Court if Debtor defaults on future Chapter 13 Trustee payments under the amended plan.

*The undersigned hereby consent to the form and entry of the within order.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire
Attorney for Secured Creditor, Truman         Date: 5/24/2024

/S/DANIEL P. FOSTER
Daniel P. Foster, Esquire
Attorney for Debtor, Lisa Maria Novosat       Date: 5/28/2024

Dated: May 29, 2024

Honorable Carlota M. Bohm
U.S. Bankruptcy Court
Western District of
Pennsylvania

(Page 2 of 2)

FILED
5/29/24 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22250-CMB |
| Lisa Marie Novosat | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 29, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa Marie Novosat, 48 Marion Drive, Zelienople, PA 16063-9705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 31, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Lisa Marie Novosat dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Truman 2021 SC9 Title Trust dcarlon@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust bk@rgalegal.com |
| Emmanuel J. Argentieri | on behalf of Creditor Truman 2021 SC9 Title Trust bk@rgalegal.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 29, 2024 | Form ID: pdf900 | Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6