Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lisa Marie Novosat** | : | Case No. 22−22250−CMB |
| **aka Lisa Marie Mayo** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this *The 9th of September, 2024,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4) The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22250-CMB |
| Lisa Marie Novosat | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 09, 2024 | Form ID: 309 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Marie Novosat, 48 Marion Drive, Zelienople, PA 16063-9705 |
| 15545881 | | US Bank Trust N.A., PO Box 1950, St Paul, MN 55101-0950 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 10 2024 03:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15545869 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 09 2024 23:40:00 | Cenlar, Attn: Centralized Bankruptcy, 425 Phillips Blvd., Ewing, NH 08618 |
| 15545868 | + | EDI: CAPITALONE.COM | Sep 10 2024 03:35:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15545870 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2024 23:50:38 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15545871 | + | EDI: PHINGENESIS | Sep 10 2024 03:35:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15545872 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 09 2024 23:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15555617 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2024 00:03:20 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 15561337 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 23:50:43 | LVNV Funding LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15545874 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 09 2024 23:40:00 | MRC/United Wholesale M, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 15545873 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 09 2024 23:40:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15545875 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 09 2024 23:40:00 | Nationstar Mortgage,LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15545876 | + | EDI: NAVIENTFKASMSERV.COM | Sep 10 2024 03:35:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15551677 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 09 2024 23:40:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15545877 | | EDI: PRA.COM | Sep 10 2024 03:35:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15545878 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2024 00:02:18 | Resurgent Capital Services, Attn: Bankruptcy, Po |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 10497, Greenville, SC 29603-0497 |
| 15545866 | + | Email/Text: bankruptcy@self.inc | Sep 09 2024 23:40:00 | Atlantic Capital, 515 Congress Avenue, Austin, TX 78701 |
| 15545867 | + | Email/Text: bankruptcy@self.inc | Sep 09 2024 23:40:00 | Atlantic Capital Bank, Attn: Bankruptcy, 945 East Paces Ferry Road, 16th Floor, Atlanta, GA 30326 |
| 15545879 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 09 2024 23:40:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 15546203 | ^ | MEBN | Sep 09 2024 23:39:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15545880 | + | EDI: TCISOLUTIONS.COM | Sep 10 2024 03:35:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15653605 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 09 2024 23:40:00 | Truman 2021 SC9 Title Trust, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 15564354 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 09 2024 23:40:00 | U.S. Bank Trust NA, as Trustee of the, Truman 2021 SC9 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15561407 | | EDI: AIS.COM | Sep 10 2024 03:35:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15555618 | + | Email/Text: egeorge@wbcasewer.com | Sep 09 2024 23:40:00 | Western Butler County Authority, 607 Market Street, Zelienople, PA 16063-1898 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Truman 2021 SC9 Title Trust |
| cr | | U.S. Bank Trust National Association, not in its i |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: 309 | Total Noticed: 26 |

       on behalf of Debtor Lisa Marie Novosat dan@mrdebtbuster.com
       katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon

       on behalf of Creditor Truman 2021 SC9 Title Trust dcarlon@kmllawgroup.com

Emmanuel J. Argentieri

       on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust bk@rgalegal.com

Emmanuel J. Argentieri

       on behalf of Creditor Truman 2021 SC9 Title Trust bk@rgalegal.com

Office of the United States Trustee

       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

       cmecf@chapter13trusteewdpa.com

TOTAL: 6