**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> LISA MARIE NOVOSAT <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br>     Movant <br>   vs. <br> No Repondents. | Case No.:22-22250 CMB <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 11/14/2022  and confirmed on 01/24/2023 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 22,828.80 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 22,828.80 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,439.13 | |
|    Trustee Fee | 1,301.30 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,740.43 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TRUMAN 2021 SC9 TITLE TRUST | 0.00 | 18,079.20 | 0.00 | 18,079.20 |
|     Acct: 7950 | | | | |
|   TRUMAN 2021 SC9 TITLE TRUST | 61,916.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 7950 | | | | |
| | | | | 18,079.20 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LISA MARIE NOVOSAT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LISA MARIE NOVOSAT | 9.17 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,439.13 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 9.17 | 9.17 | 0.00 | 9.17 |
|     Acct: XXXXXXXXXXXXXXXXX2250 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 9.17 |
| Unsecured | | | | | |
| | NAVIENT SOLUTIONS INC O/B/O ECMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5658 | | | | |
| | ATLANTIC CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9776 | | | | |
| | ATLANTIC CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2611 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1279 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3665 | | | | |
| | LVNV FUNDING LLC | 1,589.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 5499 | | | | |
| | WESTERN BUTLER COUNTY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 94.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0347 | | | | |
| | EMMANUEL ARGENTIERI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RUSHMORE LOAN MANAGEMENT SVCS I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ERIC NOVOSAT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 18,088.37 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 9.17 | |
| SECURED | 61,916.92 | |
| UNSECURED | 1,684.79 | |

Date: 02/13/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com